IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

S.D., individually and on behalf
of D.D., a minor,

      CASE NO.: 22-61420-CIV-DIMITROULEAS

    Plaintiffs,

v.

BROWARD COUNTY SCHOOL BOARD
and NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, S.D., individually and on behalf of D.D., a minor, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses this matter without prejudice and seeks an instruction to the Clerk to close this matter.

Respectfully submitted this 2nd day of September, 2022.

        By:   s/ Stephanie Langer
        Stephanie Langer, Esq.
        Florida Bar No: 149720
        Langer Law, P.A.
        2990 Southwest 35th Avenue
        Miami, Florida 33133
        T: (305) 570-0940 / F: (305) 204-9602
        Email: slanger@langerlawpa.com
             admin@langerlawpa.com
        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to

all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: s/ Stephanie Langer
Stephanie Langer, Esq.
Florida Bar No: 149720