UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61420-CIV-DIMITROULEAS

S.D. individually and on behalf of D.D.
a minor,

 Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.
BROWARD COUNTY SCHOOL BOARD,

 Defendant.
_____/

**ORDER APPROVING NOTICE OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 10], filed herein on September 2, 2022. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is hereby **APPROVED;**

2. This case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of September, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record